UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JANE ROE,<br><br>Plaintiff,<br><br>v.<br><br>SUTTER HEALTH, a California Nonprofit Corporation, et al.,<br><br>Defendants. | No. 2:12-CV-1145-MCE-DAD<br><br>**ORDER** |

Plaintiff Jane Roe filed this qui tam action under seal on April 3, 2012, on behalf of the United States. Complaint, April 30, 2012, ECF No. 1. The United States later filed a Notice of Election to Decline Intervention. Notice, Dec. 20, 2012, ECF No. 11. Then, on October 7, 2013, Plaintiff Jane Roe moved to dismiss this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Mot., Oct. 2, 2013, ECF No. 18.

Pursuant to 31 U.S.C. § 3730(b)(1), a court may dismiss a qui tam action only if the court and the Attorney General gives written consent to the dismissal, along with their reasons for consenting. The United States has a right to a hearing before a qui tam action is settled or dismissed, even if it declined to intervene in the action. United States ex rel. Killingsworth v. Northrop Corp., 24 F.3d 715, 723-25 (9th Cir. 1994).

///

Here, the United States has provided written notice to the Court that, pursuant to 31 U.S.C. § 3730(b)(1), the United States consents to the dismissal of this action without prejudice. Response 2, Oct. 9, 2013, ECF No. 20. The United States did not request a hearing. Id.

Accordingly, it is HEREBY ORDERED THAT:

1. Plaintiff's Motion to Dismiss (ECF No. 18) is GRANTED;
2. This action is DISMISSED WITHOUT PREJUDICE;
3. The hearing on this matter, currently set for November 14, 2013, is VACATED; and
3. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: October 25, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT